# MARZEC LAW FIRM, P.C.

DARIUS A. MARZEC IS LICENSED TO PRACTICE LAW IN: NEW YORK
NEW JERSEY • CONNECTICUT • MASSACHUSETTS • PENNSYLVANIA
WASHINGTON, D.C. • ILLINOIS • FLORIDA • CALIFORNIA • HAWAII

**BROOKLYN OFFICE**
776A Manhattan Avenue, Suite 104
Brooklyn, NY 11222
Phone: (718) 609-0303
Facsimile (718) 841-7508
dmarzec@marzeclaw.com

---

**VIA ECF**

April 13, 2021

Honorable Andrew L. Carter, Jr.
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/22/21__

Re: United States v. William S. Belfar
Case No.: 13-cr-807 (ALC)

Dear Judge Carter:

The undersigned represents Defendant William S. Belfar ("Defendant" or "Mr. Belfar") in the above-referenced action. As Your Honor is aware, on December 17, 2020 we filed a letter motion for Early Termination of Probation for Mr. Belfar (1) Count 1, 1s, 2-4, 2s-4s and for (2) Return of Cash Bail/Bond (Dkt. #63). The Government filed its response on January 5, 2021 (Dkt. #65) and did not oppose the return of our client's $10,000.00 cash bail/bond held by the Clerk of Court since 2013, only early termination of Mr. Belfar's probation. As Mr. Belfar's actions since his arrest have been exceptional and in light of the Covid-19 health crisis and other reasons relating to Mr. Belfar's arrest in 2013, our client's financial situation is dire and a forthcoming decision/order by the Court regarding his letter motion would greatly ease Mr. Belfar's financial and personal predicament. Should the Court be unable to decide the entire motion in the near future, we respectfully ask that the Court bifurcate the two requests for relief and at least for now rule on the unopposed cash/bail bond issue.

Respectfully,

/s/ *Darius A. Marzec*

Darius A. Marzec

CC: Jonathan L. Bodansky, Esq., Assistant United States Attorney (via ECF)

The application for return of cash bail/bond (Dkt. #63) is **GRANTED.**
So Ordered.

*/s/ Andrew L. Carter Jr.*
4/22/21